# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-435
Lower Tribunal No. 14-12381
_____

**John Rose, et al.,**
Appellants,

vs.

**Florida Peninsula Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman and Brian C. Costa, for appellants.

Quintairos, Prieto, Wood & Boyer, P.A., and Thomas A. Valdez (Tampa), for appellee.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.